### 53475. HENDRIX v. CLARE DEVELOPMENT CORPORATION.

SMITH, Judge.

Appellant sued for payment of a commission allegedly due him by virtue of his arranging a sale of property owned by appellee. Appellant contends the

granting of appellee's motion for judgment not-withstanding the verdict was error. As we do not have before us a transcript of the evidence introduced on the trial, we must assume the court was correct in ruling that the evidence demanded the verdict for appellee. *Greene v. McIntyre,* 119 Ga. App. 296 (167 SE2d 203); *Turner v. Watson,* 139 Ga. App. 648 (229 SE2d 126). We affirm on that basis.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

Submitted February 1, 1977 — Decided April 14, 1977.

*Kenneth S. Stepp, Alex D. Williams,* for appellant.
*Henson & Cheves, Cecil M. Cheves, L. Joel Collins,* for appellee.